UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IRMA J. DURDEN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:07-cv-865 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |
| ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's Motion for Supplemental Award. Based on the reasoning in the Court's Order of September 8, 2008 (Doc. No. 40), the Court finds that Plaintiff's Motion (Doc. No. 32) should be **GRANTED**.

The Court finds, pursuant to 28 U.S.C. § 2412(d)(2)(A), that the appropriate hourly rates at which to award fees in this case, is $165.50. The Court further finds that Plaintiff's attorneys are entitled to compensation for 74.4 hours at $165.50 (by Mr. Fouché) and 9.75 hours at $163.13 (by Messrs. Driskill and Fouché).

Accordingly, Defendant is ordered to pay Plaintiff's attorney, William Fouché, an attorney fee under the Equal Access to Justice Act (EAJA) of $14253.72 for the above-mentioned hours and $350.00 court filing fee.

**IT IS SO ORDERED.**

SIGNED this 27th day of October, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE